**Gary D. SMITH, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

**No. 05–3016.**

United States Court of Appeals, Federal Circuit.

Jan. 21, 2005.

### ORDER

Petitioner having paid the docketing fee and file the required Statement Concerning Discrimination, it is,

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Petitioner's brief is due 21 days from the date of this order.